```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01497
   HARRY M WASHINGTON
   DIANE WALKER                                 CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1516    SSN XXX-XX-7449

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/29/2007 and was confirmed 05/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
 CENTRIX FINANCIAL LLC     SECURED VEHIC   12225.00          807.27         3658.06
 CENTRIX FINANCIAL LLC     UNSECURED        1037.66             .00             .00
 GREAT AMERICAN FINANCE    SECURED            500.00           31.56          131.98
 GREAT AMERICAN FINANCE    UNSECURED          602.39             .00             .00
 GREAT AMERICAN FINANCE    SECURED               .00             .00             .00
 GREAT AMERICAN FINANCE    UNSECURED     NOT FILED               .00             .00
 UNITED AUTO CREDIT        SECURED VEHIC    4464.00          301.24         1246.61
 INTERNAL REVENUE SERVICE  PRIORITY         8745.90             .00          731.36
 INTERNAL REVENUE SERVICE  UNSECURED        7738.67             .00             .00
 INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED               .00             .00
 INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED               .00             .00
 AMERICASH LOANS LLC       UNSECURED          656.33             .00             .00
 AMERICASH LOANS LLC       UNSECURED          325.25             .00             .00
 AMERICAS FINANCIAL CHOIC  UNSECURED          111.17             .00             .00
 GLOBAL TELDATA            UNSECURED     NOT FILED               .00             .00
 ATG CREDIT LLC            UNSECURED     NOT FILED               .00             .00
 CHARTER ONE               UNSECURED     NOT FILED               .00             .00
 COLUMBUS BANK & TRUST     UNSECURED     NOT FILED               .00             .00
 COMCAST                   UNSECURED     NOT FILED               .00             .00
 COMMONWEALTH EDISON       UNSECURED     NOT FILED               .00             .00
 COMCAST                   UNSECURED     NOT FILED               .00             .00
 MENARDS INC               UNSECURED          112.18             .00             .00
 FIRST CASH ADVANCE        UNSECURED     NOT FILED               .00             .00
 GUARANTY BANK             UNSECURED     NOT FILED               .00             .00
 ECAST SETTLEMENT CORP     UNSECURED          341.85             .00             .00
 ECAST SETTLEMENT CORP     UNSECURED          271.09             .00             .00
 ST FRANCIS HOSPITAL & HE  UNSECURED     NOT FILED               .00             .00
 ST FRANCIS HOSPITAL & HE  UNSECURED     NOT FILED               .00             .00
 IQ TEL                    UNSECURED     NOT FILED               .00             .00
 LINEBARGER GOGGAN BLAIR   UNSECURED     NOT FILED               .00             .00
 LITTLE CO AFFLIATED PHYS  UNSECURED     NOT FILED               .00             .00
 ILLINOIS DEPT OF HUMAN S  UNSECURED     NOT FILED               .00             .00
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01497 HARRY M WASHINGTON & DIANE WALKER

```
PRONGER SMITH MEDICARE     UNSECURED          104.40           .00           .00
CITY OF CALUMET CITY       UNSECURED      NOT FILED            .00           .00
T-MOBILE USA               UNSECURED          923.49           .00           .00
T-MOBILE USA               UNSECURED      NOT FILED            .00           .00
ASPIRE VISA GOLD           UNSECURED          580.42           .00           .00
ULTRA FOODS                UNSECURED      NOT FILED            .00           .00
ULTRA FOODS                UNSECURED      NOT FILED            .00           .00
UNITED COLLECTION BUREAU   UNSECURED          222.00           .00           .00
UNITED COMPUCRED           UNSECURED      NOT FILED            .00           .00
T-MOBILE USA               UNSECURED          186.81           .00           .00
UNITED AUTO CREDIT         UNSECURED          314.76           .00           .00
PRONGER SMITH              UNSECURED      NOT FILED            .00           .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED         5340.00           .00           .00
ILL DEPT OF ECON SEC       UNSECURED        13070.00           .00           .00
IG LABANAUSKAS MD          UNSECURED         2175.00           .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED          268.08           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          1966.60           .00        164.46
GREAT AMERICAN FINANCE     UNSECURED         1111.29           .00           .00
AMERICASH LOANS LLC        UNSECURED          460.87           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,363.00                    2,363.00
TOM VAUGHN                 TRUSTEE                                        699.04
DEBTOR REFUND              REFUND                                          11.09


        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               10,145.67

PRIORITY                                           895.82
SECURED                                          5,036.65
    INTEREST                                     1,140.07
UNSECURED                                             .00
ADMINISTRATIVE                                   2,363.00
TRUSTEE COMPENSATION                               699.04
DEBTOR REFUND                                       11.09
                      ---------------         ---------------
TOTALS                10,145.67                 10,145.67
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                            PAGE   2
         CASE NO. 07 B 01497 HARRY M WASHINGTON & DIANE WALKER